

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00405-CV

———————————————

IN RE AMERICAN MERCURY LLOYDS INSURANCE COMPANY, Relator

Original Proceeding
271st District Court of Wise County, Texas
Trial Court No. CV24-06-482

Before Sudderth, C.J.; Kerr and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: August 19, 2025